[NOT YET SCHEDULED FOR ORAL ARGUMENT]

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| LIYANARA SANCHEZ, as next friend on behalf of FRENGEL REYES MOTA, *et al.*,<br><br>  *Petitioners–Plaintiffs–Appellees*,<br><br>J.G.G., *et al.*,<br><br>  *Plaintiffs–Appellees*,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>  *Defendants–Appellants*. | No. 26-5074 |

**JOINT MOTION TO EXPEDITE BRIEFING AND ORAL ARGUMENT**

Pursuant to Federal Rule of Appellate Procedure 27 and D.C. Circuit Rule 27, the parties jointly move to expedite the appeal and provide their respective positions as to a proposed schedule.

1. Appellees-Petitioners ("Appellees") represent a class of Venezuelan men sent to El Salvador under the Alien Enemies Act ("AEA") in March 2025 and subsequently transferred to Venezuela.

1

2.      Five named Plaintiffs commenced this suit on March 15, 2025, challenging their removal under the AEA. ECF 1.[1] The district court issued a class-wide temporary restraining order that same day. The Government sent members of the putative class to El Salvador; they arrived in El Salvador late in the evening that day and/or early morning the next day.

3.      This Court denied the Government's motion to stay the district court's grant of class-wide preliminary relief. *J.G.G. v. Trump*, No. 25-5067, 2025 WL 914682 (D.C. Cir. Mar. 26, 2025). The Supreme Court reversed that stay denial. *Trump v. J.G.G.*, 604 U.S. 670 (2025) (finding that the petitioners were "entitled to notice and an opportunity to challenge their removal" under the AEA but vacating the TRO because it was not brought in a habeas action in the district of confinement).

4.      On April 24, 2025, Appellees filed an Amended Complaint while the men were still at the CECOT prison in El Salvador. ECF 101. Appellees again sought preliminary relief, ECF 102, which the district court granted on June 4, 2025. *J.G.G. v. Trump*, 786 F. Supp. 3d 37 (D.D.C. 2025).

5.      The Government appealed. On June 10, 2025, this Court issued an administrative stay of the district court's preliminary injunction. *J.G.G. v. Trump*,

---

[1] All ECF citations are to the district court docket in this case, *J.G.G. v. Trump*, No. 1:25-cv-00766 (D.D.C.).

2

No. 25-5217 (D.C. Cir.), Doc. 2120161. On July 18, 2025, class members were transferred from El Salvador to Venezuela. Given the change of circumstances, this Court vacated the district court's order and remanded for further proceedings on August 19, 2025. *J.G.G. v. Trump*, No. 25-5217 (D.C. Cir.), Docs. 2129267, 2130918.

6.      Following the remand, Appellees filed a renewed motion for a preliminary injunction. ECF 177. The district court converted that motion and the Government's opposition into cross-motions for summary judgment, certified a class, and granted partial summary judgment for Appellees. The district court held that Petitioners' due process rights had been violated by the lack of an opportunity to challenge their removal and that the District of Columbia was the proper venue for individuals outside the United States to raise their claims. ECF 214, 215.

7.      On February 12, 2026, the district court ordered the Government to take certain remedial steps consistent with its grant of partial summary judgment to provide Petitioners with due process, including providing a mechanism for remote hearings and/or the opportunity for Petitioners who had escaped Venezuela to return to the United States for a hearing. ECF 247. The Government now appeals that order.

8.      The Government moved for a stay of the district court's order. Petitioners consented to a stay in exchange for the Government's agreement that it

would join in a motion to expedite the appeal. The district court granted the stay pending further order of the court.

9.   Given the national importance of this case, the fact that the case has already been before the Circuit once, and Petitioners' consent to a stay, the parties agree that expedition of this appeal is appropriate. However, the parties do not agree on a proposed schedule and, accordingly, set out their respective positions:

10.   The Government proposes that the Court enter the following briefing schedule: Appellants' brief to be filed 30 days after the Court rules on this motion; Appellees' brief to be filed 30 days after filing of Appellants' brief; and Appellants' reply brief to be filed 14 days after filing of Appellees' brief. The Government requests that the Court schedule argument for the first available opportunity after briefing is concluded. The Government maintains that its proposed schedule is sufficiently expedited and fair regardless of when the Court schedules argument given the complicated and important issues on appeal, including jurisdiction, class certification, and the scope of relief.

11.   Petitioners would agree to the Government's briefing schedule if oral argument can be scheduled before the fall calendar; otherwise, Petitioners request a briefing schedule that would allow oral argument to be scheduled before the fall calendar.

For the foregoing reasons, the parties respectfully request that this Court expedite this appeal.

Dated: March 19, 2026

**Brett A. Shumate**
Assistant Attorney General

**Yaakov M. Roth**
Principal Deputy Assistant
 Attorney General

**Drew C. Ensign**
Deputy Assistant Attorney
 General

s/Tiberius Davis
**Tiberius Davis**
Counsel to the Assistant Attorney
General
Civil Division
U.S. Department of Justice
50 Pennsylvania Avenue NW
Washington DC 20530-0001
202) 514-2000
tiberius.davis@usdoj.gov

**Anthony Nicastro**
Acting Director
Office of Immigration Litigation

*Counsel for Defendants–Appellants*

Respectfully submitted,

/s/ *Lee Gelernt*
Lee Gelernt
 *Counsel of Record*
Daniel Galindo
Ashley Gorski
Patrick Toomey
Omar Jadwat
Hina Shamsi
Sidra Mahfooz
Sean M. Lau
American Civil Liberties
 Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2660
lgelernt@aclu.org

Kathryn Huddleston
American Civil Liberties
 Union Foundation
915 15th Street, NW, 7th Floor
Washington, D.C. 20005
(212) 549-2500

Noelle Smith
Oscar Sarabia Roman
My Khanh Ngo
Cody Wofsy
Spencer Amdur
Evelyn Danforth-Scott
Michael K.T. Tan
American Civil Liberties
 Union Foundation
425 California Street, Suite 700

San Francisco, CA 94104
(415) 343-0770

Arthur B. Spitzer
Scott Michelman
Aditi Shah
American Civil Liberties
    Union Foundation of
    the District of Columbia
529 14th Street, NW, Suite 722
Washington, D.C. 20045
(202) 457-0800

*Counsel for Plaintiffs–Appellees*

## CERTIFICATE OF COMPLIANCE

1. This brief complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because it contains 741 words.

2. This brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced and easy-to-read typeface using Microsoft Word in 14-point size font.

<u>/s/ *Lee Gelernt*</u>
Lee Gelernt
March 19, 2026
*Counsel for Plaintiffs–Appellees*

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2026, I electronically filed the foregoing Motion with the Clerk for the United States Court of Appeals for the District of Columbia Circuit by using the CM/ECF system. A true and correct copy of this brief has been served via the Court's CM/ECF system on all counsel of record.

<u>/s/ *Lee Gelernt*</u>
Lee Gelernt
March 19, 2026
*Counsel for Plaintiffs–Appellees*