[NOT YET SCHEDULED FOR ORAL ARGUMENT]

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

|  |  |
|---|---|
| LIYANARA SANCHEZ, as next friend on behalf of FRENGEL REYES MOTA, *et al.*,<br><br>    *Petitioners–Plaintiffs–Appellees*,<br><br>J.G.G., *et al.*,<br><br>    *Plaintiffs–Appellees*,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>  *Respondents–Defendants–Appellants.* | No. 26-5074 |

## PETITIONERS–APPELLEES' MOTION FOR LEAVE TO FILE A SEALED SUPPLEMENTAL APPENDIX

Pursuant to Federal Rule of Appellate Procedure 27 and D.C. Circuit Rules 30(e) and 47.1(e), Petitioners–Appellees respectfully request that the Court grant leave to file the accompanying sealed Supplemental Appendix. The Supplemental Appendix contains sealed record documents not included in the Joint Appendix that are responsive to arguments raised in Respondents–Appellants' opening brief.

1

To ensure that the Court has ready access to these documents, Petitioners–Appellees respectfully seek leave to file the sealed Supplemental Appendix.

Respondents–Appellants are unopposed to this motion.

Date: June 4, 2026

Noelle Smith
Oscar Sarabia Roman
My Khanh Ngo
Cody Wofsy
Spencer Amdur
Evelyn Danforth-Scott
Michael K.T. Tan
AMERICAN CIVIL LIBERTIES
    UNION FOUNDATION
425 California Street, Suite 700
San Francisco, CA 94104
(415) 343-0770

Kathryn Huddleston*
AMERICAN CIVIL LIBERTIES
    UNION FOUNDATION
915 15th Street, NW, 7th Floor
Washington, D.C. 20005
(212) 549-2500

*Barred in Texas and Arizona only;
supervised by a member of the D.C. Bar

Respectfully submitted,

/s/ *Lee Gelernt*
Lee Gelernt
    *Counsel of Record*
Daniel Galindo
Ashley Gorski
Patrick Toomey
Omar Jadwat
Hina Shamsi
Sidra Mahfooz
Sean M. Lau
AMERICAN CIVIL LIBERTIES
    UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2660
lgelernt@aclu.org

Arthur B. Spitzer
Scott Michelman
Aditi Shah
AMERICAN CIVIL LIBERTIES
    UNION FOUNDATION OF
    THE DISTRICT OF COLUMBIA
529 14th Street, NW, Suite 722
Washington, D.C. 20045
(202) 457-0800

*Counsel for Petitioners–Appellees*

## CERTIFICATE OF COMPLIANCE

1.  This brief complies with the type-volume limitation of Fed. R. App. P.

    27(d)(2)(A) because it contains 95 words.

2.  This brief complies with the typeface requirements of Fed. R. App. P.

    32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because

    it has been prepared in a proportionally spaced and easy-to-read typeface

    using Microsoft Word in 14-point size font.

/s/ *Lee Gelernt*
Lee Gelernt
June 4, 2026
*Counsel for Petitioners–Appellees*

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2026, I electronically filed the foregoing

Motion with the Clerk for the United States Court of Appeals for the District of

Columbia Circuit by using the CM/ECF system. A true and correct copy of this

brief has been served via the Court's CM/ECF system on all counsel of record.

/s/ *Lee Gelernt*
Lee Gelernt
June 4, 2026
*Counsel for Petitioners–Appellees*