# United States Court of Appeals
#### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-5074**                    **September Term, 2025**

**1:25-cv-00766-JEB**

**Filed On: June 11, 2026** [2178355]

J.G.G., et al.,

      Appellees

      v.

Donald J. Trump, in his official capacity as
President of the United States, et al.,

      Appellants

### O R D E R

Upon consideration of appellees' unopposed motion for leave to file a sealed supplemental appendix and the lodged sealed supplemental appendix, it is

**ORDERED** that the motion be granted.  The Clerk is directed to file the lodged sealed supplemental appendix.

           **FOR THE COURT:**
           Clifton B. Cislak, Clerk

      BY:   /s/
           Katy M. Bartelma
           Deputy Clerk