# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-5074**                    **September Term, 2025**

**1:25-cv-00766-JEB**

**Filed On: June 16, 2026** [2178980]

J.G.G., et al.,

      Appellees

      v.

Donald J. Trump, in his official capacity as
President of the United States, et al.,

      Appellants

## O R D E R

Upon consideration of appellants' consent motion for extension of time to file reply brief, it is

**ORDERED** that the motion for extension of time be granted. Appellants' reply brief is now due July 6, 2026. The motion to extend the word limit for the reply brief will be presented to a panel of the court for disposition.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
       Catherine J. Lavender
       Deputy Clerk