# United States Court of Appeals

## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 26-5074**                                **September Term, 2025**

**1:25-cv-00766-JEB**

**Filed On:** June 22, 2026

J.G.G., et al.,

      Appellees

     v.

Donald J. Trump, in his official capacity as
President of the United States, et al.,

      Appellants

    **BEFORE:**    Millett, Wilkins, and Katsas, Circuit Judges

## O R D E R

Upon consideration of the corrected motion to exceed the word limit for the reply brief, the response thereto, and the reply, it is

**ORDERED** that the motion be denied. "The court disfavors motions to exceed limits on the length of briefs," and appellants have not shown "extraordinarily compelling reasons" warranting an expansion of the word limit. D.C. Cir. Rule 28(e)(1).

## Per Curiam

          **FOR THE COURT:**
          Clifton B. Cislak, Clerk

      BY:    /s/
              Selena R. Gancasz
              Deputy Clerk