[ORAL ARGUMENT SCHEDULED FOR SEPTEMBER 25, 2026]

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

LIYANARA SANCHEZ, as next friend on behalf of FRENGEL REYES MOTA, *et al.*,

      *Petitioners–Plaintiffs–Appellees*,

J.G.G., *et al.*,

      *Plaintiffs–Appellees*,

      v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,

      *Respondents–Defendants–Appellants*.

No. 26-5074

## PETITIONERS–APPELLEES' UNOPPOSED MOTION TO RESCHEDULE ORAL ARGUMENT

Petitioners–Appellees respectfully request that the Court move the date for oral argument in light of its proximity to *en banc* oral argument before this Court in *In re Trump*, No. 25-5452. Undersigned counsel will be arguing both this appeal and *In re Trump*, both of which stem from the same underlying district court case, *J.G.G. v. Trump*, No. 1:25-cv-00766 (D.D.C.). Currently, argument in this appeal is

1

scheduled for Friday, September 25, and the *In re Trump en banc* argument is scheduled for Tuesday, September 29.

Undersigned counsel is available for argument in this matter August 31 to September 16. Petitioners–Appellees respectfully request that the Court move the argument date in this appeal to a date in that window, to afford time for preparation for both arguments. The government does not oppose this motion.[1]

//

---

[1] The parties previously jointly moved to expedite this appeal, and a panel of this Court directed that briefing be expedited and that oral argument be calendared "on the first appropriate date in September 2026." Order, Doc. 2167490 (D.C. Cir. Apr. 7, 2026).

Date: July 1, 2026

Noelle Smith
Oscar Sarabia Roman
My Khanh Ngo
Spencer Amdur
AMERICAN CIVIL LIBERTIES
    UNION FOUNDATION
425 California Street, Suite 700
San Francisco, CA 94104
(415) 343-0770

Kathryn Huddleston*
AMERICAN CIVIL LIBERTIES
    UNION FOUNDATION
915 15th Street, NW, 7th Floor
Washington, D.C. 20005
(212) 549-2500

*Barred in Texas and Arizona only;
supervised by a member of the D.C. Bar.

Respectfully submitted,

/s/ *Lee Gelernt*
Lee Gelernt
    *Counsel of Record*
Daniel Galindo
Ashley Gorski
Patrick Toomey
Sidra Mahfooz
Sean M. Lau
Omar Jadwat
Hina Shamsi
AMERICAN CIVIL LIBERTIES
    UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2660
lgelernt@aclu.org

Arthur B. Spitzer
Scott Michelman
Aditi Shah
AMERICAN CIVIL LIBERTIES
    UNION FOUNDATION OF
    THE DISTRICT OF COLUMBIA
529 14th Street, NW, Suite 722
Washington, D.C. 20045
(202) 457-0800

*Counsel for Appellees*

3

## CERTIFICATE OF COMPLIANCE

1. This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 177 words.

2. This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced and easy-to-read typeface using Microsoft Word in 14-point size font.

/s/ *Lee Gelernt*
Lee Gelernt
July 1, 2026
*Counsel for Appellees*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2026, I electronically filed the foregoing Motion with the Clerk for the United States Court of Appeals for the District of Columbia Circuit by using the CM/ECF system. A true and correct copy of this Motion has been served via the Court's CM/ECF system on all counsel of record.

/s/ *Lee Gelernt*
Lee Gelernt
July 1, 2026
*Counsel for Appellees*