# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**
_____

**No. 26-5074**                              **September Term, 2025**

**1:25-cv-00766-JEB**

**Filed On: July 7, 2026** [2182194]

J.G.G., et al.,

      Appellees

    v.

Donald J. Trump, in his official capacity as
President of the United States, et al.,

      Appellants

## O R D E R

Upon consideration of appellees' unopposed motion to reschedule oral argument, it is

**ORDERED** that the motion be denied.  This case remains scheduled for oral argument on September 25, 2026.

### Per Curiam

                **FOR THE COURT:**
                Clifton B. Cislak, Clerk

      BY:    /s/
                Michael C. McGrail
                Deputy Clerk