# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 26-5074**                                        **September Term, 2025**

**1:25-cv-00766-JEB**

**Filed On: July 13, 2026** [2183031]

J.G.G., et al.,

      Appellees

    v.

Donald J. Trump, in his official capacity as
President of the United States, et al.,

      Appellants

### O R D E R

Upon consideration of appellees' unopposed motion for leave to supplement the record, it is

**ORDERED** that the motion be granted.

### Per Curiam

                     **FOR THE COURT:**
                     Clifton B. Cislak, Clerk

      BY:    /s/
              Michael C. McGrail
              Deputy Clerk